BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-MJ-00092 GSA |
|---|---|
| Plaintiff, | ORDER ON MOTION TO DISMISS JOHN DOE #3 |
| v. | |
| JOHN DOE #3, | |
| Defendants. | |

**ORDER**

IT IS HEREBY ORDERED, in the interest of justice, that the arrest warrant in this case be recalled and that the Complaint against John Doe #3 be dismissed.

IT IS SO ORDERED.

Dated:   **March 11, 2014**          /s/ **Sheila K. Oberto**
                                UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER ON MOTION TO DISMISS
JOHN DOE #3

1